# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| W.H. et al.,                     | :  |              |
|----------------------------------|----|--------------|
| Plaintiffs,                      | :  | CIVIL ACTION |
|                                  | :  |              |
| v.                               | :  |              |
|                                  | :  |              |
| SCHUYKILL VALLEY SCHOOL DISTRICT, | :  | No. 11-cv-06042 |
|                                  | :  |              |
| Defendant.                       | :  |              |

## O R D E R

**AND NOW**, this 20th day of June, 2013, upon consideration of the Defendant's Motion for Judgment on the Administrative Record (Doc. No. 28), and the response thereto, and upon consideration of the Plaintiffs' Motion for Summary Judgment (Doc. No. 27), and the response thereto, it is hereby **ORDERED** that:

1. The Defendant's Motion for Judgment on the Administrative Record is **GRANTED**; and

2. The Plaintiffs' Motion for Summary Judgment is **DENIED**.

It is **FURTHER ORDERED** that the Clerk of Court is directed to mark this action as **CLOSED**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.